UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,

    Plaintiff,

v.                                      Case No.: 3:22-cv-1181-BJD-PDB

SHANE RYAN, et al.,

    Defendants.
_____/

## ORDER

Pursuant to Local Rules 1.07(a)(2)(A), it is

**ORDERED** that this cause is hereby **TRANSFERRED** to the Honorable Timothy J. Corrigan with his consent.

**DONE** and **ORDERED** in Jacksonville, Florida this 9th day of November, 2022.

                                                              BRIAN J. DAVIS
                                                              United States District Judge

*Copies furnished to:*

Counsel of Record

*ap*