IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,

    PLAINTIFF,

v.                             CASE NO.  3:22-cv-1181-TJC-PDB

SHANE RYAN; HACHETTE BOOK
GROUP, INC.; DOUG FERGUSON;
THE ASSOCIATED PRESS; FOX
SPORTS, INC.; NYP HOLDINGS, INC.
d/b/a THE NEW YORK POST; and
GAVIN NEWSHAM,

    DEFENDANTS.

_____/

## DEFENDANTS SHANE RYAN, HACHETTE BOOK GROUP, INC.'S AND NYP HOLDINGS, INC.'S NOTICE OF LEAD COUNSEL

In accordance with Local Rule 2.02(a) and pursuant to this Court's December

5, 2022 Order, Defendants Shane Ryan, Hachette Book Group, Inc. and NYP

Holdings, Inc., d/b/a *The New York Post*, hereby designate as lead counsel:

    Jeremy A. Chase, appearing *pro hac vice*
    DAVIS WRIGHT TREMAINE LLP
    1251 Avenue of the Americas, 21st Floor
    New York, NY  10020-1104
    Telephone: (212) 489-8230
    jeremychase@dwt.com

Dated:  December 19, 2022          Respectfully submitted,

THOMAS & LoCICERO PL

/s/ *Carol Jean LoCicero*

Carol Jean LoCicero (FBN 603030)
Linda R. Norbut (FBN 1011401)
601 South Boulevard
Tampa, FL  33606
Telephone: (813) 984-3060
Facsimile:  (813) 984-3070
clocicero@tlolawfirm.com
lnorbut@tlolawfirm.com

and

DAVIS WRIGHT TREMAINE LLP

Laura Handman (appearing *pro hac vice*)
1301 K Street NW, Ste 500
Washington, D.C.  20005
Telephone: (202) 973-4200
laurahandman@dwt.com

Jeremy A. Chase (appearing *pro hac vice*)
Jesse Feitel (appearing *pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Telephone: (212) 489-8230
jeremychase@dwt.com
jessefeitel@dwt.com

*Attorneys for Defendants Shane Ryan,*
*Hachette Book Group, Inc. and NYP*
*Holdings, Inc. d/b/a The New York Post*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the **19th** day of **December, 2022**, the

foregoing document was electronically filed with the Clerk of Court using the

CM/ECF system.  I also certify that the foregoing document is being served this

date on all counsel of record via transmission of Notices of Electronic Filing

generated by the CM/ECF system to the following counsel of record:

Larry Elliot Klayman
7050 W. Palmetto Park Rd
Boca Raton, FL  33433
leklayman@gmail.com


/s/ *Carol Jean LoCicero*
Attorney