UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,    Case No. 3:22-cv-01181-TJC-PDB

    PLAINTIFF,

v.

SHANE RYAN,

    DEFENDANTS.
_____/

**DEFENDANTS HACHETTE BOOK GROUP, INC., SHANE RYAN, AND NYP HOLDINGS, INC.'S MOTION FOR LEAVE TO CONVENTIONALLY FILE HARD COPIES OF EXHIBITS & SUPPORTING MEMORANDUM**

Defendants Hachette Book Group, Inc., Shane Ryan, and NYP Holdings, Inc. *D/B/A The New York Post* (collectively, the "Defendants") hereby seek leave to file conventionally, by delivery to the Clerk of Court, two physical books in support of the Defendants' forthcoming Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 27) ("FAC"). In support thereof, Defendants state as follows:

1. In this defamation action, Plaintiff Patrick Reed's FAC identifies several statements appearing in the book *The Cup They Couldn't Lose: America, the Ryder Cup, and the Long Road to Whistling Straits* ("The Cup They Couldn't Lose"), authored by Defendant Shane Ryan and published by Defendant Hachette Book Group, Inc. that he alleges are defamatory. *See* FAC ¶¶ 123-172, 248-257.

2. Plaintiff Patrick Reed also expressly identifies in the FAC the book *Slaying the Tiger: A Year Inside the Ropes on the New PGA Tour* ("Slaying the Tiger")

(together with The Cup They Couldn't Lose, the "Books"), also authored by Defendant Shane Ryan.  See FAC ¶ 37 (referring to a 2015 blog post by Defendant Shane Ryan and alleging that the 2015 post "was a 'showcase' meant to promote his forthcoming book, *Slaying the Tiger: A Year Inside the Ropes on the New PGA Tour* [], which ended up republishing many of the same malicious and defamatory statements.").

3. Plaintiff Patrick Reed's defamation suit also concerns a September 17, 2022 *New York Post* article by Defendant Gavin Newsham entitled "The scandalous truth about Patrick Reed, the bad boy of golf" (the "Article").  FAC ¶ 87.  In this action, Plaintiff identifies several statements appearing in the Article that he alleges are defamatory.  See FAC ¶¶ 198-222; 263-267.  These statements are drawn from portions of both Books.

4. In support of their forthcoming motion to dismiss, Defendants seek to attach true and correct copies of the Books as exhibits to a contemporaneously-filed attorney declaration.  The contents of the Books are essential to evaluating Plaintiff's claims. They are incorporated by reference in the FAC.

5. Publications appearing in hard copy form, however, cannot be electronically filed because the Court's CM/ECF system does not permit such filings.

6. Given the nature of the exhibits, the CM/ECF procedures, and Federal Rule of Civil Procedure 5(d)(2), Defendants seek leave to conventionally file the Books with the Clerk of Court.  Defendants will serve identical copies of the Books on counsel for Mr. Reed.

WHEREFORE, the Defendants request that the Court grant leave to conventionally file the Books in support of their forthcoming Motion to Dismiss.

## Local Rule 3.01(g) Certification

I have conferred with opposing counsel by email and represent the Plaintiff opposes Defendants' motion.

| THOMAS & LoCICERO PL | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| Carol Jean LoCicero (FBN 603030)<br>Linda R. Norbut (FBN 1011401)<br>601 South Boulevard<br>Tampa, FL 33606<br>Telephone: (813) 984-3060<br>Facsimile: (813) 984-3070<br>clocicero@tlolawfirm.com<br>lnorbut@tlolawfirm.com<br><br>*Attorneys for Defendants Hachette Book Group, Inc., Shane Ryan, and NYP Holdings, Inc. D/B/A The New York Post* | Jeremy A. Chase*<br>Jesse Feitel*<br>1251 Avenue of the Americas-21st FL<br>New York, NY 10020<br>Telephone: (212) 489-8230<br>Facsimile: (212) 489-8340<br>jeremychase@dwt.com<br>jessefeitel@dwt.com<br><br>Laura R. Handman*<br>1301 K Street NW, Suite 500<br>Washington, D.C. 20005<br>Telephone: (202) 973-4200<br>Facsimile: (202) 973-4499<br>laurahandman@dwt.com<br>*admitted *pro hac vice* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2023 a true and correct copy of the foregoing was served via CM/ECF on all counsel of record.

*/s/ Carol Jean LoCicero*
Carol Jean LoCicero
