UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,

       Plaintiffs,

v.

SHANE RYAN, HACHETTE BOOK GROUP, INC., DOUG FERGUSON, THE ASSOCIATED PRESS, FOX SPORTS, INC., NYP HOLDINGS, INC. d/b/a THE NEW YORK POST, GAVIN NEWSHAM, BLOOMBERG L.P. and ERIK LARSON,

       Defendants.
_____/

Case No. 3:22-cv-01181-TJC-PDB

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following to this Court pursuant to Local Rule 3.03:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock and all other identifiable legal entities related to a party:

- Bloomberg L.P. - *Defendant* – Bloomberg L.P. it is a limited partnership; its general partner is Bloomberg, Inc.; and no publicly held corporation owns ten percent or more of Bloomberg L.P.'s limited partnership interests.
- Erik Larson – *Defendant*
- Gregory W. Herbert – *Counsel for Defendant Bloomberg L.P.*

1

- Greenberg Traurig, P.A. – *Counsel for Defendant Bloomberg L.P.*
- Patrick Nathaniel Reed – *Plaintiff*
- Larry Klayman, Esq. – *Counsel for Plaintiff*
- Klayman Law Group, P.A.– *Counsel for Plaintiff*
- Shane Ryan – *Co-Defendant*
- Hachette Book Group, Inc. – *Co-Defendant*
- Doug Ferguson – *Co-Defendant*
- The Associated Press, *Co-Defendant*
- Fox Sports, Inc. – *Co-Defendant*
- NYP Holdings, Inc. d/b/a The New York Post – *Co-Defendant*
- Gavin Newsham – *Co-Defendant*
- Carol Jean LoCicero, Esq. – *Counsel for Co-Defendants*
- Linda R. Norbut, Esq. – *Counsel for Co-Defendants*
- Thomas & LoCicero PL – *Counsel for Co-Defendants*
- Laura R. Handman, Esq. - *Counsel for Co-Defendants*
- Jeremy A. Chase, Esq. – *Counsel for Co-Defendants*
- Jesse Feitel, Esq. – *Counsel for Co-Defendants*
- Davis Wright Tremaine LLP – *Counsel for Co-Defendants*

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors): None.

4. The name of each victim (individual or corporate), including every person who may be entitled to restitution: None.

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated: April 10, 2023.

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**

<u>**/s/ Gregory W. Herbert**</u>
Gregory W. Herbert
Florida Bar No. 0111510
herbertg@gtlaw.com
450 S. Orange Avenue, Suite 650
Orlando, Florida 32801-3371
Telephone: (407) 420-1000

*Attorneys for Defendant, Bloomberg L.P.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of April, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel for record.

<u>**/s/ Gregory W. Herbert**</u>
Gregory W. Herbert
