IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PATRICK NATHANIEL REED,

              Plaintiff,

v.

SHANE RYAN, *et al*

              Defendants.

Case No: 3:22-cv-01181-TJC-PDB
ORAL ARGUMENT REQUESTED

### PLAINTIFF PATRICK NATHANIEL REED'S ERRATA TO OPPOSITION TO DEFENDANT BLOOMBERG L.P.'S MOTION TO DISMISS AMENDED COMPLAINT

Plaintiff Patrick Nathaniel Reed ("Mr. Reed") hereby submits the following errata to his opposition to Defendant Bloomberg L.P.'s ("Bloomberg") Motion to Dismiss Amended Complaint of May 31, 2023.

In Mr. Reed's opposition, he mistakenly stated that Defendant Erik Larson ("Defendant Larson") had not been served. Defendant Larson has been served but did not submit his motion to dismiss at the same time as his publication, Bloomberg, and thus caused the inadvertent error. Two other individual Defendants in this case and its related case, *Reed v. Chamblee et al*, 3:22-cv-01059 ("*Chamblee*"), as this honorable Court was previously advised on May 26, 2023, have been evading service of process. In this regard Defendant Zach Helfand in *Chamblee* was recently served by alternative service.

Dated: June 1, 2023

Respectfully submitted,

By: */s/ Larry Klayman*
Larry Klayman, Esq.
Florida Bar No.: 246220
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536
leklayman@gmail.com

1

*Counsel for Patrick Nathaniel Reed*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, June 1, 2023 I electronically filed the foregoing with the Clerk of Court using the Court's ECF procedures. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures.

*/s/ Larry Klayman*_____