# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,

    Plaintiff,

v.                                            Case No. 3:22-cv-1059-TJC-PDB

BRANDEL EUGENE CHAMBLEE,
TGC, LLC, DAMON HACK,
BENJAMIN SHANE BACON,
EAMON LYNCH, GANNETT CO.,
INC., GANNETT SATELLITE
INFORMATION NETWORK, LLC,
CONDE NAST INTERNATIONAL,
INC., and ZACH HELFAND,

    Defendants.

---

PATRICK NATHANIEL REED,

    Plaintiff,

v.                                              Case No. 3:22-cv-1181-TJC-PDB

SHANE RYAN, HACHETTE BOOK
GROUP, INC., DOUG FERGUSON,
THE ASSOCIATED PRESS, FOX
SPORTS, INC., NYP HOLDINGS,
INC., GAVIN NEWSHAM,
BLOOMBERG L.P., and ERIK
LARSON,

    Defendants.

## O R D E R

The Court hereby waives Local Rule 7.02 (Electronics in a Courthouse) for the limited purpose of allowing any member of the press to enter the Courthouse with a laptop computer, tablet, and/or cell phones to attend any hearing in these matters. All persons entering the Courthouse must present photo identification to Court Security Officers. Any members of the press entering the Courthouse with a laptop, tablet, or cell phone must also present Court Security Officers with their media credentials.

**Live transmission of any kind from the courtroom is strictly prohibited**. This prohibition includes, but is not limited to, texting, emailing, tweeting, blogging, and messaging or posting via any social media. **In addition, no audio or video recording is allowed in the Courthouse at any time**. Sketch artists are permitted in the courtroom. Sketch artists are cautioned to be discreet so as not to disrupt Court proceedings. Members of the press are reminded to abstain from attempting to interview parties and lawyers inside the courthouse.

**DONE AND ORDERED** in Jacksonville, Florida the 27th day of July, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of Record
U.S. Marshal
Court Security Officers
Clerk's Office Division Manager