# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PATRICK NATHANIEL REED,

    Plaintiff,

v.

BRANDEL EUGENE CHAMBLEE, TGC, LLC, DAMON HACK, BENJAMIN SHANE BACON, EAMON LYNCH, GANNETT CO., INC., GANNETT SATELLITE INFORMATION NETWORK, LLC, CONDE NAST INTERNATIONAL, INC., and ZACH HELFAND,

    Defendants.

Case No. 3:22-cv-1059-TJC-PDB

---

PATRICK NATHANIEL REED,

    Plaintiff,

v.

SHANE RYAN, HACHETTE BOOK GROUP, INC., DOUG FERGUSON, THE ASSOCIATED PRESS, FOX SPORTS, INC., NYP HOLDINGS, INC., GAVIN NEWSHAM, BLOOMBERG L.P., and ERIK LARSON,

    Defendants.

Case No. 3:22-cv-1181-TJC-PDB

## **O R D E R**

At the July 31, 2023 hearing, the undersigned will hear the pending motions to dismiss and address related case matters. To give the parties guidance as to how the undersigned intends to conduct the hearing, the undersigned anticipates calling upon Plaintiff's counsel first for argument in support of the amended complaints and to ask a series of questions. The undersigned then will turn to Defendants' respective counsel in the following order: (1) Defendants Chamblee, TGC, Hack, Bacon, and Lynch's counsel, (2) Defendants Ryan, Hachette, NYP Holdings, Ferguson, AP, Gannett Co., and Gannett Satellite's counsel, (3) Defendants Bloomberg and Larson's counsel, and (4) Conde Nast's counsel. The undersigned expects that as the arguments progress, the parties will focus on issues unique to them. The undersigned anticipates the hearing taking no more than two hours.

**DONE AND ORDERED** in Jacksonville, Florida the 28th day of July, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of Record