United States District Court
Middle District of Florida
Jacksonville Division

**PATRICK NATHANIEL REED,**

   *Plaintiff,*

v.                                                                   **NO. 3:22-cv-1181-TJC-PDB**

**SHANE RYAN ET AL.,**

   *Defendants.*

---

# Order

The plaintiff moves for clerk's default against Fox Sports, Inc. Doc. 82. The Court **denies** the motion, Doc. 82, without prejudice to filing a motion that complies with the typography requirements of Local Rule 1.08.

**Ordered** in Jacksonville, Florida, on September 6, 2023.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*