United States District Court
Middle District of Florida
Jacksonville Division

**PATRICK NATHANIEL REED,**

    *Plaintiff,*

v.                                                                NO. 3:22-CV-1181-TJC-PDB

**SHANE RYAN ET AL.,**

    *Defendants.*

---

## Entry of Default

Pursuant to Fed. R. Civ. P. 55(a), default is entered against Defendant **Fox Sports, Inc.,** in Jacksonville, Florida, on the 28th day of September, 2023.

                                       ELIZABETH M. WARREN, CLERK

                                       s/ Angela Loeschen, Deputy Clerk

Copies furnished to:

Counsel of Record