# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10070

_____

PATRICK NATHANIEL REED,

                                            Plaintiff-Appellant,

*versus*

SHANE RYAN,
HACHETTE BOOK GROUP, INC.,
DOUG FERGUSON,
THE ASSOCIATED PRESS,
FOX SPORTS, INC., et al.,

                                            Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:22-cv-01181-TJC-PDB

_____

Case 3:22-cv-01181-TJC-PDB   Document 97   Filed 09/18/25   Page 2 of 3 PageID 2889
USCA11 Case: 24-10070   Document: 74-2   Date Filed: 09/17/2025   Page: 2 of 2

2                                                                                          24-10070

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 8, 2025

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE:  September 17, 2025

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 17, 2025

Clerk - Middle District of Florida  
U.S. District Court  
300 N HOGAN ST  
JACKSONVILLE, FL 32202

Appeal Number: 24-10070-GG  
Case Style: Patrick Reed v. Shane Ryan, et al  
District Court Docket No: 3:22-cv-01181-TJC-PDB

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate